UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: _____

Jessie Wimsy Jones
(Write the full name of the plaintiff)

FILED BY _____ D.C.
MAR 21 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

22-CIV-20848-Williams/Maynard

vs.

DICKS, T  WARDEN
LEWIS, Y.L  STATE CLASSIFICATION
NELSON, E  INST. CLASSIFICATION
BROWN,  WARDEN

(Write the full name of the defendant/s in this case)

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

I. Party Information

A. Plaintiff: Jessie W. Jones

Address: 110 MELALEUCA DR

Inmate/Prison No.: B-M24331

Year of Birth: 7-16-1982 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: DICKS, T          Defendant: LEWIS, Y.L

Official Position: ASS'S WARDEN    Official Position: CLASSIFICATION

Place of Employment: SUPERVISOR   Place of Employment: SUPERVISOR

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I AM HERE AT WAKULLA ANNEX CORRECTION INSTITUTION, THEY OR HOLDING A AGAINST MY FREEDOM U.S. CONSTITUTION RIGHT. IT'S ARE VERY SERIOUS IN UNDER LEGAL VIOLATION POLICY RULE CORRECTION IN PRISON RIGHT, 6 AMENDMENT. PRESIDENT JOSEPH J. BIDEN PETITIONER. THE STATE OF ATTORNEY OFFICE KATHERINE FERNANDEZ-RUNDLE WHO HAD SOLD ME ON APRIL 29, 2020 AT 12:00 A.M. AFTERNOON FOR A LOT OF CASH MONEY $700 TO $900. THOUSAND DOLLAR. PRESIDENT DONALD J. TRUMP. PETITIONER. $190. THOUSAND, IT'S WAS FOR ME TO GET A EMERGENCE RELEASE ME OUT OF MIAMI-DADE COUNT CORRECTION JAIL CASE NO: F1 7018924 JAIL NO: 170162158, GOV. RON DESANTIS. PETITIONER, KIOCEA A STENSON. ?!! SEN. LAUREN BOOK. THEY OR CALL ME A CHILDLESS IN CUSTODY.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

THE FLORIDA DEPARTMENT OF CORRECTION INSTITUTION ADMINISTRATIVE, S.F.R.C. STATE CLASSIFICATION CORR. OFFICER HAYES, C.T IN OFC LEE, N WHO HAD WRITTING UP A COVE UP REPORT ON ME OF MY BRITH DATE JULY 16, 1982 SO THEY HAD TRANSPORT ME TO MARTIN CORRECTION INSTITUTION WARDEN ROSSESS IN STATE CLASSIFICATION CORR. OFFICER HARRIS, L IN OFC MCGEE, P WHO HAD TAKE ALL OF MY CASH MONEY $ ZILLION DOLLAR$ ON MAY 10, 11, 12, 2021. ?!! SO I HAD LOUING IN A BIG BLUE AIR PLANE ON VIDEO CAMER AND I WAS WALKING A AROUND ON THE INSTITUTION REC-YARD WITH A BLUE FACE HASK ON MAY 22, 23, 24, 2021 THE RICH PERSONAL SHE HAD COME BACK WITH A LOT OF BIG BLACK BAG OF CASH MONEY $9999,9999,9999,9999,9999,9999,9999,9999,9999,9999,9999,9999,9999 ZILLION DOLLAR. ?!! SEN. JOHN KIRBY. PETITIONER.

_____

_____

**IV. Jury Demand**

Are you demanding a jury trial?    ✓ Yes    ____ No

Signed this __14__ day of __MARCH__, 20_22_

_Jessie W. Jones B-M24331_
                            Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: _Jessie W. Jones_

_____
                            Signature of Plaintiff

FROM: INMATE Jessie W Jones
DC# B-M24331 Petitioner,
WAKULLA ANNEX CORRECTION INSTITUTION
110 MELALEUCA DR
CRAWFORDVILLE, FL 32327



UNiTed STATE DiSTRiCT C
CLERK Office
400 NORTH MiAMi AVE, ROO
MiAMi, FL 33128-771

33128-180549

LegaL MAiL



LEGAL MAIL
Provided to
Wakulla CI
MAR 16 2022
FOR MAILING

7021 2720 0002 7252 1038

CERTIFIED MAIL