IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JESSIE WIMSY JONES,**
**D.O.C. # M24331**

    *Plaintiff*,

v.                                          Case No.: 4:22cv130-MW/MAF

**T. DICKS, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10, Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 10, is **accepted and adopted** as this Court's opinion. Plaintiff's initial *in forma pauperis* motion, ECF No. 3, is **DENIED as moot**. Plaintiff's second *in forma pauperis* motion, ECF No. 9, is **DENIED** because Plaintiff's account statement reveals he has sufficient funds to pay the filing fee for this case. Plaintiff must pay the filing fee **on or before July 6,**

**2022**. This case is **REMANDED** to the Magistrate Judge for further proceedings.

    **SO ORDERED on June 6, 2022.**

                                        <u>**s/Mark E. Walker**</u>
                                        **Chief United States District Judge**