IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JESSIE WIMSY JONES,**

   *Plaintiff*,

v.                                    Case No.: 4:22cv130-MW/MAF

**T. DICKS, WARDEN,**
**et al.,**

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 14. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 14, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** without prejudice for failure to prosecute and failure to comply with a Court Order." The Clerk shall close the file.

**SO ORDERED on August 19, 2022.**

                                                      **s/Mark E. Walker**
                                                      **Chief United States District Judge**